UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

CASE NUMBER: 1:20CV820

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 NOV -9 PM 3: 46

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Sherry A. Tulk _____ PLAINTIFF(S)

v.

Democrat National Committee _____ DEFENDANT(S)

MOTION FOR Extension of Time to Respond
[state what you want the Court to do]

I, Sherry A. Tulk, the ☐ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order of extension of time to respond by Plaintiff to Magistrate Judge Report & Recommendation.
[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

Extenuating circumstances of challenge to complete response by 11/12/2020, due to financial challenges & other, of which are direct result of this complaint filing.

General Motion Form
For Use By *Pro Se* Litigants

_____

_____

_____

_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This **9** day of **November**, 20**20**

Signed: ***[signature]***
[your signature]

Print your name: **Sherry A. Tulk**

Address: **P.O. Box 584**

**Mason, OH 45040**

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

_____

Signed: _____
[your signature]

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above _____ was served upon
                                                    [name of document]

_____ by _____ at _____
[name of opposing party or counsel]   [mail or hand-delivery]              [address]

_____ on _____.
                                          [date]

Signed: _____
[your signature]